HOUSEWORTH *et al. v.* STEVENS *et al.,* commissioners.

BECK, J. The material questions in the case at bar were considered and ruled in the case of *Sellers* v. *Cox,* ante, and the present case is controlled by the decision there rendered.

*Judgment reversed. All the Justices concur.*

Submitted July 16,—Decided December 13, 1906.

Petition for injunction. Before Judge Freeman. Troup superior court. April 24, 1906.

*Beall & Adamson,* for plaintiffs.

*Brown & Roop,* for defendants.